The Honorable Theresa L. Fricke

FILED ____ LODGED
____ RECEIVED

Sep 14, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD CHARLES SANCHEZ, <br><br> Defendant. | NO. MJ17-5086 <br><br> MOTION FOR UNSEALING |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and André M. Penalver, Assistant United States Attorney for said District, files this request to unseal the Complaint and Arrest Warrant in the above-entitled matter.

//
//
//

GOVERNMENT'S MOTION TO UNSEAL - 1
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The defendant, Richard Charles Sanchez, remains at large, and thus by Local Rule, his Complaint and Arrest Warrant remain under seal. In order to assist in locating the defendant and taking him into custody, the Government seeks to publicize Mr. Sanchez's status as a defendant wanted on a federal charge. As such, the Government requests that this Court unseal the Complaint and Arrest Warrant.

DATED this 14th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ André M. Peñalver
ANDRÉ M. PEÑALVER
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-mail: andre.penalver@usdoj.gov

GOVERNMENT'S MOTION TO UNSEAL - 2
USAO #2017R00494

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800